No. 78–1557. NACHMAN CORP. *v.* PENSION BENEFIT GUARANTY CORPORATION ET AL., 446 U. S. 359;

No. 78–1821. UNITED STATES *v.* MENDENHALL, 446 U. S. 544;

No. 79–1434. MANDEL ET AL. *v.* NEW YORK, 446 U. S. 949;

No. 79–6152. HAYES *v.* VALLEY BANK OF NEVADA; and HAYES *v.* GLADSTONE ET AL., 446 U. S. 902;

No. 79–6237. RODRIGUES *v.* CITY OF SPARKS, NEVADA, ET AL., 446 U. S. 931; and

No. 79–6261. JAFFER *v.* CITY OF MIAMI ET AL., 446 U. S. 931. Petitions for rehearing denied.

No. 79–6108. ARMOUR ET AL. *v.* NIX ET AL., 446 U. S. 930. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

JULY 2, 1980

No. 78–1107. ARMISTEAD ET AL. *v.* ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA ET AL.;

No. 78–1108. CITY OF LOS ANGELES ET AL. *v.* ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA ET AL.;

No. 78–1114. LOS ANGELES COUNTY ET AL. *v.* ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA ET AL.;

No. 78–1382. KLUTZNICK, SECRETARY OF COMMERCE *v.* ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA ET AL.; and

No. 78–1442. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, LOS ANGELES BRANCH *v.* ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA ET AL. Appeals from D. C. C. D. Cal. Judgment vacated and cases remanded for further consideration in light of *Fullilove* v. *Klutznick, ante,* p. 448. MR. JUSTICE STEWART, MR. JUSTICE REHNQUIST, and MR. JUSTICE STEVENS would affirm the judgment. Reported below: 459 F. Supp. 766.